
Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-423-378**

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title
_____

**Title of Work:** Plum Tides

## Completion/Publication
_____

**Year of Completion:** 2018
**Date of 1st Publication:** November 12, 2018
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions
_____

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification
_____

**Name:** David Denholm
**Date:** November 08, 2024

**Correspondence:** Yes
**Copyright Office notes:** Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-423-373

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title
_____

**Title of Work:** Blush, Payne's Gray and Gold Metallic Abstract

## Completion/Publication
_____

**Year of Completion:** 2018
**Date of 1st Publication:** June 26, 2018
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions
_____

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification
_____

**Name:** David Denholm
**Date:** November 08, 2024

**Correspondence:** Yes
**Copyright Office notes:** Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-423-375

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title
_____

**Title of Work:** Blush and Payne's Gray Flowing Abstract

## Completion/Publication
_____

**Year of Completion:** 2018
**Date of 1st Publication:** May 16, 2018
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions
_____

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification
_____

**Name:** David Denholm
**Date:** November 08, 2024

**Correspondence:**   Yes
**Copyright Office notes:**   Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-423-361

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title
___

**Title of Work:** Ethereal 2

## Completion/Publication
___

**Year of Completion:** 2018
**Date of 1st Publication:** February 14, 2018
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
___

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions
___

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification
___

**Name:** David Denholm
**Date:** November 08, 2024

**Correspondence:** Yes
**Copyright Office notes:** Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-423-365

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title

**Title of Work:** Calm but Dramatic

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 16, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification

**Name:** David Denholm
**Date:** November 08, 2024

**Correspondence:** Yes
**Copyright Office notes:** Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-423-376**

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

**Title of Work:** White Sand Blue Sea

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 26, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification

**Name:** David Denholm
**Date:** November 08, 2024

Correspondence:   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-423-356

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title
_____

**Title of Work:** Golden Rivers Coaster

## Completion/Publication
_____

**Year of Completion:** 2019
**Date of 1st Publication:** March 28, 2019
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions
_____

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification
_____

**Name:** David Denholm
**Date:** November 08, 2024

Correspondence:   Yes
Copyright Office notes:   Regarding author information: dba added from Note to Copyright Office.

