# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Elizabeth Karlson, | Case Number: 25-cv-13092 |
| Plaintiff, | |
| v. | Honorable Manish S. Shah |
| The Partnerships and Unincorporated Associations Identified in Schedule A, | |
| Defendants. | |

## (UNOPPOSED) DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME the Defendants, NAMTYQX 2025 Black Friday Deal ►6 12 days⭨ (A14ZNDOSNDQH9I) and UOFOCO UP TO 50% OFF! (A162JABTSICP2E ) ("Defendants"), through counsel, and respectfully request this Court extend the time by 21 days to file a response to the Complaint. In support:

1. This is the first motion for an extension of time filed by the Defendants.

2. The Defendants are currently in settlement negotiations with the Plaintiff.

3. The Defendants need additional time to try and reach a settlement, or if not, respond to Plaintiff's Complaint.

4. This Court may, for good cause, extend the time by which Defendants' response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendants request this Court extend the date 21 days from the date of this filing on which Defendants must respond to Plaintiff's Complaint, if ultimately necessary, to January 2, 2026.

6. Plaintiff does not object to this Motion.

WHEREFORE, Defendants NAMTYQX 2025 Black Friday Deal ➤6-12 days⬊ (A14ZNDOSNDQH9I) and UOFOCO UP TO 50% OFF! (A162JABTSICP2E ) respectfully request this Honorable Court enter an Order: Extending the date on which their response to Plaintiff's Complaint is due 21 days to January 2, 2026.

December 12, 2025          Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on December 12, 2025 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com