**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Elizabeth Karlson,<br>　　　　　Plaintiff,<br><br>　v.<br><br>The Partnerships and Unincorporated<br>Associations Identified on Schedule A,<br>　　　　　Defendants. | Case Number: 25-cv-13092<br><br><br><br><br><br>Hon. Manish S. Shah |

**NOTICE OF MOTION**

Please take notice that on Wednesday, December 17, 2025, Defendants

NAMTYQX 2025 Black Friday Deal ►6 12 days↘ (A14ZNDOSNDQH9I) and

UOFOCO UP TO 50% OFF! (A162JABTSICP2E ), through the undersigned counsel, shall

appear before the Honorable Manish S. Shah in Courtroom 1919 at 9:45 a.m. at the U.S. District

Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and

present Defendants' First Motion For Extension of Time to Answer or Otherwise Plead.

December 12, 2025　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　s/ Christopher Keleher

　　　　　　　　　　　　　　　Christopher Keleher
　　　　　　　　　　　　　　　The Keleher Appellate Law Group, LLC
　　　　　　　　　　　　　　　1 East Erie St., Suite 525
　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　312-448-8491
　　　　　　　　　　　　　　　ckeleher@appellatelawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on December 12, 2025 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com