IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELIZABETH KARLSON,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-13092

Judge Manish S. Shah

Magistrate Judge Maria Valdez

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 8 | MINIDORA |
| 12 | MAKIEE |
| 13 | Glisten Technologies |
| 17 | Fashion Womens Clothes |
| 21 | Hc RHNY |
| 32 | ABCOVER-On |
| 35 | shihaodus |
| 56 | ★★★★★ Black Friday Deals 2024 Pzhdxd |
| 66 | OJSFQUFP Clothing |
| 69 | GIERIDUC |
| 72 | HAOMONZEN |
| 75 | GBAYXJ HOME |
| 76 | AIYUQ.U INC |
| 77 | Runskmd INC |
| 78 | Hgheuy |
| 81 | BONTRM |
| 84 | iHPH7 |
| 93 | HHTWRSFD |
| 95 | Checory |
| 99 | Vinsonshop |

| | |
|---|---|
| 100 | Midewhik |
| 102 | WOZHILAKA |
| 105 | FLYBAEAST |
| 108 | NKBBCU |
| 110 | WANSPRINE |
| 112 | LWLWJSHDBHA |
| 114 | WeiXiang Co.Ltd |
| 116 | PYPESEEWY |
| 118 | JINESXIAO |
| 120 | COOFANIN |
| 121 | Ggdda |
| 131 | XYCHGRA |
| 132 | Gosuguu |
| 161 | FNGZ |
| 163 | jieadkavo |
| 167 | Lemononstore |
| 172 | HuiRuMao Co.Ltd |

DATED: December 16, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 16, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt