# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ELIZABETH KARLSON,

   Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants.

Case No.: 1:25-cv-13092

Judge Manish S. Shah

Magistrate Judge Maria Valdez

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 14 | Black Friday Deals 2024 Christmas Sale ➤6-12 days↙ |
| 16 | Obbii |
| 18 | UOFOCO Premium Clothes |
| 80 | OYLCBNYH |
| 101 | ATSE |
| 113 | XIANGG |
| 129 | Ctnporpo Home |
| 138 | jsaierl |
| 141 | SHENZHEN SHIMEI HE CUI KEJIYOUXIAN GONGSI |
| 142 | PEDTY HOME DECOR |
| 153 | HeZeFengGangWang |
| 154 | MFJA Store |
| 156 | LYGFSRDX |
| 160 | duohahaa |
| 164 | ICYIUU |
| 165 | guang zhou fu da mao yi |
| 169 | Fuheng Electronics Co., LTD |

DATED: January 6, 2026                    Respectfully submitted,

                                          */s/ Keith A. Vogt*
                                          Keith A. Vogt
                                          IL Bar No. 6207971; FL Bar No. 1036084
                                          Keith A. Vogt PLLC
                                          15275 Collier Boulevard, Ste. 201-2061
                                          Naples, Florida 34119-6750
                                          Telephone: 312-971-6752
                                          E-mail: keith@vogtip.com

                                          ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 6, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt